SINCLAIR REFINING Co., INC., v. HERMAN ZLOT and Others.— Motion granted upon condition that appellants procure the record on appeal and appellants' points to be filed so appeal can be argued or submitted on or before November 20, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FEROLINE WOODWELL KENNARD v. WILHELM PARRA KENNARD.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE Q. PALMER and Others v. THEODORE A. DEAKYNE.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ABRAHAM MITCHELL against INDEPENDENT BUKARESTER SICK AID ASSOCIATION.— Motion denied and stay vacated. Present Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

E. W. HOLMES Co., INC., v. SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GOTHAM MUSIC SERVICE, INC., and Another v. DENTON AND HASKINS MUSIC PUBLISHING Co., INC.— Motion granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY L. SINGER v. AQUITANIA REALTY CORPORATION and SAMUEL BECK and Others.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARRY L. SINGER v. AQUITANIA REALTY CORPORATION and SAMUEL BECK and Others.— Motion granted. All proceedings under the order of the Supreme Court, New York county, entered June 29, 1931, stayed upon condition that defendants, appellants, keep in force the surety company bond in the sum of $6,500, already filed pursuant to the order to show cause dated August 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FREDERICK R. RYAN, as Ancillary Executor, etc., of PATRICK J. McMORAN, Deceased.— Motion to dismiss appeal denied, and appellant's motion for an enlargement of time is granted so far as to extend appellant's time within which to serve the proposed case on appeal to and including October 27, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARROW IRON WORKS, INC., v. BANK OF YORKTOWN, Impleaded with HARRY B. GREENE and Others.— Motion granted in so far as to extend appellant's time within which to file the record on appeal and appellant's points to and including November 16, 1931, with notice of argument for December 1, 1931, upon condition that appellant within five days file a surety company bond sufficient to secure payment of interest and costs in event of affirmance of the judgment. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.